MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 17, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SPOTTED CAT, LLC                                    CIVIL ACTION

VERSUS                                              NUMBER: 13-6100

MICAH BASS, ET AL.                                  SECTION: "H"(5)

## HEARING ON MOTION

COURT REPORTER:   Vic DiGiorgio

APPEARANCES:      Pam Carter, Roderick Patrick

MOTION:

(1) Defendant's Motion to Strike and/or Quash Untimely Discovery Requests (Rec. doc. 72).

\_\_\_\_\_ :   Continued to

\_\_\_\_\_ :   No opposition

\_\_1\_\_ :   Opposition

MJSTAR(00:15)

**ORDERED**

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

__1__: Granted.  The discovery requests in question are hereby stricken as untimely.  Given the fact that a new trial date will be scheduled in this matter, within one (1) week Plaintiff is to propound one (1) set of discovery upon the Defendant which is in full compliance with the Federal Rules of Civil Procedure.  Those requests are to be responded to within the delays allowed by law.  Interrogatory answers are to be verified.  Henceforth, counsel are to communicate with each other exclusively in writing, including communications about the sufficiency of the Defendant's discovery responses and regarding a date for Defendant's deposition which is to be formally noticed to take place in the undersigned's courtroom.  Further discovery abuses will not be tolerated and will be met with sanctions.

_____: Denied.

_____: Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE